In re estate of Richard T. Crane, Jr., deceased. Ignatio Blonda,
appellee, v. John K. Prentice and Continental Illinois National Bank
and Trust Company of Chicago, appellants. Gen. No. 39,478.

 Opinion filed December 14, 1937.

Ashcraft & Ashcraft, for appellants; Russell F. Locke and William
H. Alexander, of counsel. Bell, Boyd & Marshall, Romney Spring and
Thomas L. Marshall, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

In re estate of Richard T. Crane, Jr., deceased. Albert Blonda,
appellee, v. John K. Prentice and Continental Illinois National Bank
and Trust Company of Chicago, appellants. Gen. No. 39,479.

 Opinion
filed December 14, 1937.

Ashcraft & Ashcraft, for appellants; Russell F. Locke and William
H. Alexander, of counsel. Bell, Boyd & Marshall, Romney Spring and
Thomas L. Marshall, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

In re estate of Richard T. Crane, Jr., deceased. Ernest Sonier,
appellee, v. John K. Prentice and Continental Illinois National Bank
and Trust Company of Chicago, appellants. Gen. No. 39,480.

 Opinion filed December 14, 1937.

Ashcraft & Ashcraft, for appellants; Russell F. Locke and William
H. Alexander, of counsel. Bell, Boyd & Marshall, Romney Spring and
Thomas L. Marshall, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.